**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

IN RE:  CASE NO. 05-10023-GVL1
        CHAPTER 13
ALFONSO HOLMES

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR:  which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 393752 in the amount of $3.33 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

       /s/Leigh D. Hart or
       /s/William J. Miller, Jr.
         OFFICE OF THE CHAPTER 13 TRUSTEE
         POST OFFICE BOX 646
         TALLAHASSEE, FL 32302
         ldhecf@earthlink.net
         (850) 681-2734 "Telephone"
         (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

ALFONSO HOLMES
2027 NW 34TH AVENUE        ,
GAINESVILLE, FL 32605

AND

MICHAEL D. BRUCKMAN, ESQ.
1624 NW 6TH STREET
GAINESVILLE, FL 32609

on the same date as reflected on the Court's docket as the electronic filing date for this document.

       /s/Leigh D. Hart or
       /s/William J. Miller, Jr.
6/22/2010 11:52 am / CR_213    OFFICE OF CHAPTER 13 TRUSTEE